JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>GEORGE GOFAS, Trustee of the George Gofas and Vassiliki Gofas Revocable Trust; VASSILIKI GOFAS, Trustee of the George Gofas and Vassiliki Gofas Revocable Trust; and DOES 1-10,<br><br>        Defendants. | Case No.: 2:22-cv-00491-PA-SK<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 24, 2022<br>Trial Date:    March 7, 2023 |

Pursuant to <u>Fed. R. Civ. P. 41</u>, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendants George Gofas and Vassiliki Gofas, as Trustees of the Gofas Revocable Trust, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: January 23, 2023

_____
*Percy Anderson*
United States District Judge